# EXHIBIT B

From: Jonathan R. Marshall
Sent: Monday, April 13, 2015 11:11 AM
To: Holmstrand, Jeff A. (JHolmstrand@fsblaw.com)
Subject: Venture Data

Jeff,

We served discovery on your client several weeks back and I gave you a short extension to respond. We need the discovery responses by April 20.

Thanks,

Jonathan