# EXHIBIT C

## Jonathan R. Marshall

**From:** Jonathan R. Marshall
**Sent:** Friday, May 15, 2015 3:46 PM
**To:** 'Holmstrand, Jeff A.'
**Subject:** RE: Venture Data
**Attachments:** Venture Data

I appreciate that Jeff, but the extensions were specific. Looks like we'd have until next week to file anyway. If you want to give us an open ended extension to file, I could work with that, albeit I may want a stipulation to that effect. I'm not a fan of that local rule.

**From:** Holmstrand, Jeff A. [mailto:JHolmstrand@flahertylegal.com]
**Sent:** Friday, May 15, 2015 3:42 PM
**To:** Jonathan R. Marshall
**Subject:** Venture Data

Jonathan:

I just landed in Charlotte and Jeff is out until Monday. Although I don't think you are under any particular deadline to file any discovery - related motions, I will stipulate that you waive nothing by not filing anything today given the unspecified nature of the extension.

I will call you Monday.

Jeff

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

## Jonathan R. Marshall

**From:** Jonathan R. Marshall
**Sent:** Tuesday, May 19, 2015 3:52 PM
**To:** Holmstrand, Jeff A. (JHolmstrand@fsblaw.com)
**Subject:** Venture Data

Jeff,

I still have not heard anything back about the draft planning report (due on May 21) or a proposal to resolve the overdue discovery responses. Our intent is to file a motion to compel tomorrow.

Jonathan