# EXHIBIT D



209 Capitol Street
Charleston, WV  25301
Tel:  304.345.6555
Toll Free:  877.852.0342
Fax:  304.342.1110

June 12, 2015

Jeffrey A. Holmstrand
Flaherty Sensabaugh Bonasso PLLC
P.O. Box 6545
Wheeling, WV   26003

Re:     Mey v. Venture Data, LLC
        Civil Action No. 5:14-CV-123
        Judge Bailey

Dear Mr. Holmstrand:

    Our client Diana Mey has authorized us to reject the $1,503 offer of judgment from Venture Data, LLC.  She rejects the offer because it provides no relief to the class she seeks to represent, and because she and we reject your strategy of attempting to eliminate any potential for a class action remedy through pickoff offers. Ms. Mey takes her role as class representative seriously, and she has undertaken that role with full awareness of the obligations it imposes upon her to place class members' interests ahead of her own.

    If you wish to negotiate a remedy that will pay cash to all class members, please advise.

Sincerely,

/s/ John W. Barrett

John W. Barrett

/dm

cc:     Edward A. Broderick
        Matthew P. McCue
        Anthony Paronich