# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated, | |
| *Plaintiff*, | CASE NO. 5:14-CV-123 JPB<br>Judge Bailey |
| v. | |
| VENTURE DATA, LLC, and<br>PUBLIC OPINION STRATEGIES, LLC, | |
| *Defendants.* | |

## DEFENDANT PUBLIC OPINION STRATEGIES, LLC'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT REPORT AND TESTIMONY

Pursuant to Federal Rule of Civil Procedure 702, Defendant Public Opinion Strategies, LLC hereby requests that this Court exclude the "expert" report and testimony of Jeffery Hansen. For the reasons set forth in the accompanying memorandum of law, the Court should grant this Motion, and grant such other and further relief as it deems necessary and appropriate.

Dated: March April 7, 2017

Respectfully submitted,

By: _/s/ Christina S. Terek_
Christina S. Terek (WV Bar No. 9724)
**SPILMAN THOMAS & BATTLE, PLLC**
1233 Main Street, Suite 4000
P.O. Box 831
Wheeling, WV 26003
T: 304.230.6950
F: 304.230.6951
cterek@spilmanlaw.com

Michael B. Hazzard *(pro hac vice)*
Sarah C. Pomeroy *(pro hac vice)*
Dylan L. Jacobs *(pro hac vice)*
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-5439
mhazzard@jonesday.com
spomeroy@jonesday.com
djacobs@jonesdau.com

*Counsel for Public Opinion Strategies, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>VENTURE DATA, LLC, and<br>PUBLIC OPINION STRATEGIES,<br><br>　　　　*Defendants.* | CASE NO. 5:14-CV-123<br>(BAILEY) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2017, I served a true and correct copy of the foregoing "DEFENDANT PUBLIC OPINION STRATEGIES, LLC'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT REPORT AND TESTIMONY" via the Court's ECF system, which sent electronic notice to all counsel of record.

Ryan Donovan, Esquire
John W. Barrett, Esquire
Jonathan R. Marshall, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
rdonovan@baileyglasser.com
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Matthew P. McCue, Esquire
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
mmccue@massattorneys.net

Anthony Paronich, Esquire
Edward A. Broderick, Esquire
Broderick Law, P.C.
99 High Street, Suite 304
Boston, MA 02110
anthony@broderick-law.com
ted@broderick-law.com

Jeffrey A. Holmstrand, Esquire
Grove, Holmstrand & Delk
44 ½ Fifteenth Street
Wheeling, WV 26003
jholmstrand@grovedelklaw.com

Dated: April 7, 2017                                  Respectfully submitted,


                                                      _____*/s/* Christina S. Terek_____
                                                      Christina S. Terek  (WV Bar No. 9724)