# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

vs.

VENTURE DATA, LLC, PUBLIC OPINION STRATEGIES, LLC

    Defendants.

Case No. 5:14-CV-123

## JOINT AGREEMENT ON CLASS NOTICE

Pursuant to the Court's Order (ECF No. 276), the parties hereby submit the agreed upon long form class notice and post card class notice.

Dated: July 24, 2017

Jointly submitted by,

*/s/ Ryan McCune Donovan*
John W. Barrett
Jonathan R. Marshall
Ryan M. Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rdonovan@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080

ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff*

*/s/ Christina Terek_____*
Christina S Terek
Spilman Thomas & Battle PLLC - Wheeling
1233 Main Street
P.O. Box 831
Wheeling, WV 26003
(304) 230-6950
Fax: (304) 230-6951
cterek@spilmanlaw.com

Michael B. Hazzard
Dylan L. Jacobs
Sarah C. Pomeroy
Jones Day - Washington
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-5439
Fax: (202) 879-1700
Email: mhazzard@jonesday.com

*Counsel for Defendant Public Opinion Strategies, Inc.*

*/s/ Jeffrey A. Holmstrand\_\_\_\_\_*
Jeffrey A. Holmstrand
Grove & Delk, PLLC
44 1/2 15th Street
Wheeling, WV 26003
304-905-1961
Fax: 304-905-8628
Email: jholmstrand@ghdlawfirm.com

*Counsel for Defendant Venture, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 24, 2017, I served a true and correct copy of the foregoing JOINT AGREEMENT ON CLASS NOTICE via the Court's ECF system, which sent electronic notice to all counsel of record as follows:

Ryan Donovan, Esquire
John W. Barrett, Esquire
Jonathan R. Marshall, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
rdonovan@baileyglasser.com
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

William J. Ihlenfeld, II, Esquire
Bailey & Glasser, LLP
2001 Main Street, Suite 203
Wheeling, WV  26003
wihlenfeld@baileyglasser.com

Matthew P. McCue, Esquire
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
mmccue@massattorneys.net

Anthony Paronich, Esquire
Edward A. Broderick, Esquire
Broderick Law, P.C.
99 High Street, Suite 304
Boston, MA 02110
anthony@broderick-law.com
ted@broderick-law.com

Jeffrey A. Holmstrand, Esquire
Grove, Holmstrand & Delk
44 ½ Fifteenth Street
Wheeling, WV 26003
jholmstrand@grovedelklaw.com

            */s/Ryan McCune Donovan*
            Ryan McCune Donovan