**Court-Ordered Legal Notice**

*This Notice may affect your legal rights.*
*Please read it carefully.*

Important Legal Notice authorized by the United States District Court for the Northern District of West Virginia about a Class Action Lawsuit.

**Records obtained in this lawsuit show you may have received calls made using an automatic telephone dialing system on your cellular telephone line between June and September 2014 made by Venture Data, LLC, on behalf of Public Opinion Strategies, LLC. As a result, you may be a member of a pending class action lawsuit.**
**DIANA MEY v. VENTURE DATA, LLC., et al.,**
**CLASS ACTION ADMINISTRATOR**

PO Box 170500
Milwaukee, WI 53217

Notice ID: NUMBER
* 2 6 3 4 6 4 0 2

Postal Service: Please Do Not Mark or Cover Barcode
By Order of the Court, Date: February 17, 2016

NAME
ADDRESS
CSZ
PHONE NUMBER

*Please visit www.VentureDataClassAction.com or call 800-xxx-xxxx for additional information.*

*Mey v. Venture Data, LLC, et al.*. Case No.: 14-cv-123, United States District Court, Northern District of West Virginia
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE LAWSUIT AND YOUR RIGHTS AS A CLASS MEMBER.*
PLEASE VISIT www.VENTUREDATACLASSACTION.com, OR CALL (800) XXX-XXXX FOR MORE INFORMATION.

**Nature of the Lawsuit:** Diana Mey sued Venture Data, LLC, and Public Opinion Strategies, LLC, claiming that Venture Data called her and others on behalf of Public Opinion Strategies, to conduct telephonic surveys. You got this postcard because records indicate you may have received one of those calls. Ms. Mey claims that Venture Data and Public Opinion Strategies violated the Telephone Consumer Protection Act, which prohibits the use of an automatic telephone dialing system to place calls to cellular telephones without consent. The Telephone Consumer Protection Act entitles consumers who prove they received illegal calls to recover money damages and get a court order stopping the calls. Venture Data and Public Opinion Strategies deny that they did anything wrong.

**Am I A Class Member?:** The Court has ruled that Ms. Mey's suit can go forward as a class action. This means that she will act as the Class Representative, trying to get money damages and court-ordered changes to the Defendants' practices for everyone who is a Class Member. **You are a class member if**: Venture Data placed a call to your cellular telephone line using its Pro-T-S or CFMC dialer, as part of a Public Opinion Strategies survey, on June 11, August 9, or September 9, 2014. The Court has appointed three firms as Class Counsel:–Bailey & Glasser LLP, Broderick Law, P.C., and The Law Office of Matthew McCue. The Court has not yet decided whether Ms. Mey or the Defendants are right.

**Your Options:** If you want to remain a Class member you do not need to do anything now. You can choose to exclude yourself from the class action by **--------, 2017**. Information about the case is available at www.VentureDataClassAction.com, including forms allowing you to exclude yourself from the Class, to update your contact and address information, and how to submit your telephone records should you wish to do so.

For more information visit www.VentureDataClassAction.com, or call 800-xxx-xxxx.
**Do not contact the Court, the Defendants, or the Defendants' lawyers with questions**.