## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**DIANA MEY,** individually and on behalf of a class of persons and entities similarly situated,

        Plaintiff,

v.

**VENTURE DATA, LLC** and **PUBLIC OPINION STRATEGIES,**

        Defendants.

**CIVIL ACTION NO. 5:14-CV-123 (BAILEY)**

## ORDER APPROVING FORM OF CLASS NOTICE

On the 24th day of July, 2017, the parties in the above-styled civil action submitted their Joint Agreement on Class Notice [Doc. 282]. Having seen and inspected the same, this Court hereby **APPROVES** the Class Notice **[Doc. 282]**. In light of the above, the Plaintiff's Motion for Approval of Class Notice Plan **[Doc. 268]** is **MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: July 27, 2017.

*/s/ John Preston Bailey/*
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE