## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VENTURE DATA, LLC, and PUBLIC OPINION STRATEGIES, LLC<br><br>　　　　　Defendants. | Case No. 5:14-CV-123 |

### PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF SCHEDULING ORDER

Plaintiff Diana Mey, on behalf of the Class of individuals she has been appointed to represent, respectfully moves for preliminary approval of the Settlement Agreement attached hereto. For the reasons set forth in the accompanying memorandum, Plaintiff submits that the terms of the proposed settlement are fair, adequate, and reasonable, and merit the Court's approval. Plaintiff therefore respectfully requests that the Court enter an Order (1) preliminarily approving the terms of the parties' Settlement Agreement and, and (2) establishing a schedule for effectuating the Settlement. Defendants have agreed to the proposed order of preliminary approval attached to this motion.

**Respectfully submitted**,

Plaintiff,
By Counsel,

s/ *Jonathan R. Marshall*
Jonathan R. Marshall

1

Ryan McCune Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
rdonovan@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

## **CERTIFICATE OF SERVICE**

      I, John W. Barrett, hereby certify that on February 1, 18, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                            s/ *John W. Barrett*
                            John W. Barrett