# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

VENTURE DATA, LLC, PUBLIC OPINION STRATEGIES

        Defendants.

Case No. 5:14-CV-123

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Court's Order preliminarily approving the Settlement Agreement, and for the reasons set forth in the accompanying memorandum of law, Class Counsel respectfully requests an Order granting an award of attorneys' fees of $700,000 (one-third of the common fund) and litigation costs of $112,350.34.

Dated: May 11, 2018

    Respectfully Submitted,

    BAILEY & GLASSER LLP

    By: /s/ Jonathan R. Marshall
        John W. Barrett
        Jonathan R. Marshall
        Ryan M. Donovan
        BAILEY & GLASSER LLP
        209 Capitol Street
        Charleston, WV  25301
        (304) 345-6555
        jbarrett@baileyglasser.com
        jmarshall@baileyglasser.com
        rdonovan@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christina S. Terek
>SPILMAN THOMAS & BATLLE, PLLC
>1233 Main Street, Suite 4000
>P.O. Box 831
>Wheeling, WV 26003
>Telephone:  (304) 230-6950
>cterek@spilmanlaw.com
>
>Michael B. Hazzard
>Sarah C. Pomeroy
>Dylan J. Jacobs
>JONES DAY
>51 Louisiana Avenue, NW
>Washington, DC 20001-2113
>Telephone:  (202) 879-5439
>mhazard@jonesday.com
>spomeroy@jonesday.com
>djacobs@jonesday.com
>
>*Counsel of Public Opinion Strategies, LLC*
>
>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44 ½ 15th Street
>Wheeling, WV 26003
>Telephone:  (304) 905-1961
>jholmstrand@ghdlawfirm.com
>
>*Counsel for Venture Data, LLC*

>>/s/ Jonathan R. Marshall
>>Jonathan R. Marshall

3