AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of persons and entities similarly situated, <br> *Plaintiff* <br> v. <br> VENTURE DATA, LLC, and PUBLIC OPINION STRATEGIES, LLC <br> *Defendant* | ) ) ) ) Civil Action No.  5:14-cv-123 ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ **other:** In accordance with the Court's Final Approval Order and Judgment of 9/6/2018, Docket Entry No. 313, the Class Action Settlement is approved, the parties are ordered to perform their obligations under the Class Action Settlement Agreement, the Court dismisses Plaintiffs' claims against the Defendants with prejudice and without costs (except as otherwise provided in the Final Approval Order and Judgment and in the Class Action Settlement Agreement), the Releasing Parties are forever barred and permanently enjoined as set forth in the Final Approval Order and Judgment, and all other terms, conditions, and requirements of said order are incorporated herein.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   09/17/2018

*CLERK OF COURT*
Cheryl Dean Riley

/s/ N.M. Maxwell,  Deputy Clerk

*Signature of Clerk or Deputy Clerk*